# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Audrea Precious A. O'Bannon )
_____ )
_____ )
_____ )
             *Plaintiff* )
             v. )   Case Number: **15CV555 MJR/PMF**
Judge Judy Katz )   (Clerk's Office will provide)
Judge Patricia Kievlan )
Judge Stephen McGlynn )
Judge Brenden Kelley )
Judge Gomo *Defendant(s)*, Judge Rice
Dept of HHS, Dept of Child Support,
States Attorney for Belleville St Clair County - Janet Hornberg

**FILED**

MAY 18 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here: Discrimination under Title VII of the Civil Rights Act of 1964 is the cause of this motion. Prejudice, bias and harassment is additionally warranted in this case. Due to the egregious acts of orders of Protection, Violation of Supreme Court Rule 61-68.

II. **PARTIES**

**Plaintiff:** Audrea Precious

  A.  Plaintiff, a citizen of Illinois (state), who resides at 308 Americana Circle, Fairview Hgts, IL 62208, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

  B.  Defendant Judy Katz is employed as
           (a) (Name of First Defendant)
    St Clair County - Belleville Judge
        (b)      (Position/Title)

(10/2010)

with __St Clair County Courthouse__
            (c)    (Employer's Name and Address)

__10 Public Square Belleville, Il 62220__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:


Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C.   Defendant __Patricia Kievlan__ is employed as
                (Name of Second Defendant)

__Judge__
(Position/Title)

with __St. Clair County Courthouse__
__10 Public Square__ (Employer's Name and Address)
__Belleville Il 62220__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:


Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D. Defendant __Judge Stephen McGlynn__ is employed as
   (Name of Third Defendant)

__Judge__
(Position/Title)

with __St. Clair County Courthouse__
     (Employer's Name and Address)
__10 Public Square - Belleville, IL 6222__

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:
Acting in the capacity as a Judge these persons continuously violated my rights with discrimination, prejudice, bias, and harassment, and accept false orders of protection and not allowing me the same Rights to obtain help from the courts.

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to do something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Judge Patricia Kievlan - Judge w/ St. Clair County Courthouse
Dept of HHS - Govt Agency
Dept of Child Support - Govt Agency
States Attorney Janet Hornberg - Attorney at Belleville Courthouse
Judge Julie Gomric at St. Clair County Courthouse
Judge Rice - St. Clair County Courthouse

Same address for all

(10/2010)

III. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
        ☐ Yes  ☒ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

        2.    Case number:

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

IV.   STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

On 10/17/14 double jeopardy was applied by Judy Katz. On Nov 7, 2014 an order was entered by Judge Judy Katz and on 4/6/15 Judge Stephen McGlynn violated and ignored that order by reducing child support and not recording a hearing w/ P&M, but recorded mine. On 3/5/15 Judge Kelley denied me an order of Protection on 3/3/15 Judge Kelley told Petitioner he had to present childsupport on 5/4/15. On 5/15/15 Judge Patricia Kievlan entered an Order of Protection filled w/ lies and misleading information, some previously addressed and dis missed by Judge Kelley. Judge Rice continued a prejudiced order of protection. On 1/6/15 Judge Judy Katz put an order of Protection on me when she was told on 12/19/14 that I was filing a complaint. She even recused herself afterward, but entered into prejudiced and bias actions against me in favor of Petitioner. On 4/28/15 Judge Gomeric changed my court date w/o talking to me. On 5/7/15 Janet Hornberg and HHS sent me an order entered Dec 5/11/15 from paper Petitioner signed 4/9/15 a month earlier and yet they did not send anything like that to him. Discrimination and the case was in family court. Case # 07D731 is a disgrace of nefarious and insidious behavior on the part of gout officials. Anytime in 2014 that I requested an order of Protection for similar/same reasons as petitioner Judy Katz and Brendan Kelley denied them but allowed his. This case was in family court and petitioner took it to Child Support w/o following procedures, not submitting financial stmts, or asking the court to let it be heard there. I pray for help as they are continuing these unlawful acts.

(10/2010)

## V. REQUEST FOR RELIEF (check as many boxes as appropriate)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 500,000.

Punitive damages in the amount of $ 500,000.

An ordering requiring defendant(s) to: cease and desist placing false orders of protections, give my child back to my custody, arrest ~~persons~~ committing false reports

A declaration that: The case 07D 731 be dismissed w/ prejudice and my son be returned to my custody.

Other: any relief the court deems appropriate because due to all the errors and prejudice no justice can prevail. All these judges are now prejudiced against me.

## VI. JURY DEMAND (check one box below)

Plaintiff ○ does or ● does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 18, May 2015 (date)

Signature of Plaintiff

308 Americana Circle
Street Address

Andrea Precious A. O'Bannon
Printed Name

Fairview Hts, Il 62208
City, State, Zip

(10/2010)